*Arizona Department of Economic Security   v.  Christine Wormuth, Secretary of the Army*
CV-23-00250-TUC-LCK

## Exhibit List

Exhibit A    Declaration of Michael J. Vicory

    Attachment 1    Solicitation/Contract/Order for Commercial Items
    Attachment 2    Convening letter, dated July 10, 2023