GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.letzkus@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency,<br><br>Plaintiffs,<br><br>vs.<br><br>Christine Wormuth, Secretary of the Army, in her official capacity,<br><br>Defendant. | 4:23-CV-00250-LCK<br><br>**STATUS REPORT REGARDING AWARDING OF CONTRACT** |

Pursuant to the Court's July 25, 2023 Order (Doc. 29), Defendant hereby notifies the Court and the parties that Defendant has not yet awarded the contract at issue to a different vendor and will not do so until this Court issues its ruling on Plaintiff's motion for a preliminary injunction (Doc. 22).

Respectfully submitted this 27th day of July, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah S. Letzkus*
SARAH S. LETZKUS
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Randy J. Aoyama
Megha Singh
Hinshaw & Culbertson, LLP
2375 E. Camelback Road, Suite 410
Phoenix, AZ 85016

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Brown, Goldstein, & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202

*Attorneys for Plaintiff*

s/Lisa Startup

- 2 -