

**CONTROL RECORD FOR DINING FACILITY - DD FORM 1544**

For use of this form, see DA PAM 30-22; the proponent agency is DCS, G4.

| 1. UNIT | | | | | 2. SERIAL NO. | | |
|---|---|---|---|---|---|---|---|
| WEINSTEIN DFAC | | | | | | | |

| 3. SHEET NO. | 4. ISSUED TO | | | | 5. RECEIVED BY | | |
| | a. SIGNATURE | b. ORGANIZATION | c. Change Fund | d. Date Issued | a. Date Received | b. TURNED IN Cash (+)(-) | c. SIGNATURE |
|---|---|---|---|---|---|---|---|
| 12 | Ezen RU | TME | 25 | 5·1·23 | 5·1·23 | 25⁰⁰ | danul Dune |
| 12 | danul Dune | TME | 25 | 5·1·23 | 5·1·23 | 25⁰⁰ | Ezen RU |
| 12 | danul Dune | TME | 25 | 5·1·23 | 5·1·23 | 25⁰⁰ | Ezen Ru |
| 12 | Ezen RU | TME | 25 | 5·2·23 | 5·2·23 | 37⁹⁰ | danul Dune |
| 12 | Ezen RU | TME | 25 | 5·2·23 | 5·2·23 | 25⁰⁰ | danul Dune |
| 12 | danul Dune | TME | 25 | 5·2·23 | 5·2·23 | 25⁰⁰ | Ezen RU |
| 12 | Ezen RU | TME | 25 | 5·3·23 | 5·3·23 | 50⁸⁰ | danul Dune |
| 12 | Ezen RU | TME | 25 | 5·3·23 | 5·3·23 | 25⁰⁰ | danul Dune |
| 12 | danul Dune | TME | 25 | 5·3·23 | 5·3·23 | 25⁰⁰ | Ezen Ru |
| 12 | Ezen RU | TME | 25 | 5·4·23 | 5·4·23 | 25⁰⁰ | danul Dune |
| 12 | danul Dune | TME | 25 | 5·4·23 | 5·4·23 | 35⁹⁰ | |
| 12 | danul Dune | TME | 25 | 5·4·23 | 5·4·23 | 25.00 | |
| 12 | danul Dune | TME | 25 | 5·5·23 | 5·5·23 | 25.00 | |
| 12 | | TME | 25 | 5-5-23 | 5-5-23 | 25.00 | |
| 12 | | TME | 25 | 5-5-23 | 5-5-23 | 25.00 | |
| 12 | | TME | 25 | 5-6-23 | 5-6-23 | 25.00 | |
| 12 | | TME | 25 | 5-6-23 | 5-6-23 | 25.00 | |
| 12 | | TME | 25 | 5-6-23 | 5-6-23 | 25.00 | |
| 12 | | TME | 25 | 5-7-23 | 5-7-23 | 25.00 | |
| 12 | | TME | 25 | 5-7-23 | 5-7-23 | 25⁰⁰ | |
| 12 | | TME | 25 | 5-8-23 | 5-8-23 | 25⁰ | |
| 12 | | TME | 25 | 5-8-23 | 5-8-23 | 25⁰⁰ | |
| 12 | | TME | 25 | 5-8-23 | 5-8-23 | 25-00 | |
| 12 | | TME | 25 | 5-9-2023 | 5-9-2023 | 25⁰⁰ | |
| 12 | danul Dune | TME | 25 | 5·9·23 | 5·9·23 | 25.00 | Ezen |
| 12 | danul Dune | TME | 25 | 5·9·23 | 5·9·23 | 25.00 | Ezen Ru |

DA FORM 3546, JUL 2002    DA FORM 3546-R, JAN 1977, IS OBSOLETE.    APD LC v1.0IES

## CONTROL RECORD FOR DINING FACILITY - DD FORM 1544

For use of this form, see DA PAM 30-22; the proponent agency is DCS, G4.

| 1. UNIT | | | | | 2. SERIAL NO. | | | |
|---|---|---|---|---|---|---|---|---|
| WEINSTEIN DFAC | | | | | | | | |

| 3. SHEET NO. | 4. ISSUED TO | | | | 5. RECEIVED BY | | | |
|---|---|---|---|---|---|---|---|---|
| | a. SIGNATURE | b. ORGANIZATION | c. Change Fund | d. Date Issued | a. Date Received | b. TURNED IN Cash | (+)(-) | c. SIGNATURE |
| 12 | Eren RU | TME | 25 | 5-10-23 | 5-10-23 | 25.00 | | Jerrel Dennis |
| 12 | Jerrel Dennis | TME | 25 | 5-10-23 | 5-10-23 | 25.00 | | Eren RU |
| 12 | Jerrel Dennis | TME | 25 | 5-10-23 | 5-10-23 | 25.00 | | Eren RU |
| 12 | Eren RU | TME | 25 | 5-11-23 | 5-11-23 | 26.30 | | Jerrel Dennis |
| 12 | Jerrel Dennis | TME | 25 | 5-11-23 | 5-11-23 | 25.00 | | Eren RU |
| 12 | Jerrel Dennis | TME | 25 | 5-11-23 | 5-11-23 | 25.00 | | Eren RU |
| 12 | Eren RU | TME | 25 | 5-12-23 | 5-12-23 | 25.00 | | Jerrel Dennis |
| 12 | Jerrel Dennis | TME | 25 | 5-12-23 | 5-12-23 | 31.85 | | ASh |
| 12 | Jerrel Dennis | TME | 25 | 5-12-23 | 5-12-23 | 25.00 | | ASh |
| 12 | ASh | TME | 25 | 5-13-23 | 5-13-23 | 25.00 | | Vaughn |
| 12 | ASh | TME | 25 | 5-13-23 | 5-13-23 | 25.00 | | Vaughn |
| 12 | ASh | TME | 25 | 5-13-23 | 5-13-23 | 25.00 | | Vaughn |
| 12 | Vaughn | TME | 25 | 5-14-23 | 5-14-23 | 25.00 | | Eren RU |
| 12 | Vaughn | TME | 25 | 5-14-23 | 5-14-23 | 25.00 | | Eren RU |
| 12 | Eren RU | TME | 25 | 5-15-23 | 5-15-23 | 25.00 | | SHp |
| 12 | Eren RU | TME | 25 | 5-15-23 | 5-15-23 | 25.00 | | SHp |
| 12 | SHp | TME | 25 | 5-15-23 | 5-15-23 | 25 | | Eren RU |
| 12 | Eren RU | TME | 25 | 5-16-23 | 5-16-23 | 25.00 | | ASh |
| 12 | Eren RU | TME | 25 | 5-16-23 | 5-16-23 | 45.55 | | ASh |
| 12 | ASh | TME | 25 | 5-16-23 | 5-16-23 | 25.00 | | Eren RU |
| 12 | Eren RU | TME | 25 | 5-17-23 | 5-17-23 | 37.40 | | Jerrel Dennis |
| 12 | Jerrel Dennis | TME | 25 | 5-17-23 | 5-17-23 | 31.85 | | Eren RU |
| 12 | Jerrel Dennis | TME | 25 | 5-17-23 | 5-17-23 | 25.00 | | Eren RU |
| 12 | Eren RU | TME | 25 | 5-18-23 | 5-18-23 | 29.30 | | Jerrel Dennis |
| 12 | Jerrel Dennis | TME | 25 | 5-18-23 | 5-18-23 | 25.00 | | Eren RU |
| 12 | Jerrel Dennis | TME | 25 | 5-18-23 | 5-18-23 | 25.00 | | Eren RU |

DA FORM 3546, JUL 2002          DA FORM 3546-R, JAN 1977, IS OBSOLETE.          APD LC v1.00ES

## CONTROL RECORD FOR DINING FACILITY - DD FORM 1544

For use of this form, see DA PAM 30-22; the proponent agency is DCS, G4.

| 1. UNIT | | | | | 2. SERIAL NO. | | | |
|---|---|---|---|---|---|---|---|---|
| WEINSTEIN DFAC | | | | | | | | |

| 3. SHEET NO. | 4. ISSUED TO | | | | 5. RECEIVED BY | | | |
|---|---|---|---|---|---|---|---|---|
| | a. SIGNATURE | b. ORGANIZATION | c. Change Fund | d. Date Issued | a. Date Received | b. TURNED IN | | c. SIGNATURE |
| | | | | | | Cash | (+)(-) | |
| 12 | *(signature)* | TME | 25 | 5-19-23 | 5-19-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-19-23 | 5-19-23 | 31.85 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-19-23 | 5-19-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-20-23 | 5-20-23 | 25.90 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-20-23 | 5-20-23 | 31.85 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-20-23 | 5-20-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-21-23 | 5-21-23 | 40.30 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-21-23 | 5-21-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-22-23 | 5-22-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-22-23 | 5-22-23 | 86.65 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-22-23 | 5-22-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-23-23 | 5-23-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-23-23 | 5-23-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-23-23 | 5-23-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-24-23 | 5-24-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-24-23 | 5-24-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-24-23 | 5-24-23 | 99.90 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-25-23 | 5-25-23 | 97.70 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-25-23 | 5-25-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-25-23 | 5-25-23 | 99.90 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-26-23 | 5-26-23 | 121.50 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-26-23 | 5-26-23 | 141.70 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-27-23 | 5-27-23 | 121.50 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-27-23 | 5-27-23 | 132.35 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-28-23 | 5-28-23 | 25.00 | | *(signature)* |
| 12 | *(signature)* | TME | 25 | 5-28-23 | 5-28-23 | 25.00 | | *(signature)* |

DA FORM 3546, JUL 2002            DA FORM 3546-R, JAN 1977, IS OBSOLETE.            APD LC v1.01ES

# CONTROL RECORD FOR DINING FACILITY - DD FORM 1544
For use of this form, see DA PAM 30-22; the proponent agency is DCS, G4.

| 1. UNIT WEINSTEIN DFAC | | | | | 2. SERIAL NO. | | |
|---|---|---|---|---|---|---|---|

| 3. SHEET NO. | 4. ISSUED TO | | | | 5. RECEIVED BY | | |
| | a. SIGNATURE | b. ORGANIZATION | c. Change Fund | d. Date Issued | a. Date Received | b. TURNED IN Cash (+)(-) | c. SIGNATURE |
|---|---|---|---|---|---|---|---|
| 12 | Adm M | TME | 25 | 5-29-23 | 5-29-23 | 25⁰⁰ | Eun Re |
| 12 | Adm M | TME | 25 | 5-29-23 | 5-29-23 | 25 | Eun Re |
| 12 | Eun Re | TME | 25 | 5.30.23 | 5.30.23 | 29.30 | Hughes |
| 12 | Eun Re | TME | 25 | 5.30.23 | 5.30.23 | 25⁰⁰ | Hughes |
| 12 | Hughes | TME | 25 | 5.30.23 | 5.30.23 | 25.⁰⁰ | Eun Re |
| 12 | Eun Re | TME | 25 | 5.31.23 | 5.31.23 | 25⁰⁰ | Hughes |
| 12 | Eun Re | TME | 25 | 5.31.23 | 5.31.23 | 25⁰⁰ | Hughes |
| 12 | Hughes | TME | 25 | 5.31.23 | 5.31.23 | 25⁰⁰ | Eun Re |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |
| | | TME | 25 | | | | |

DA FORM 3546, JUL 2002          DA FORM 3546-R, JAN 1977, IS OBSOLETE.          APD LC v1.01ES