

RESET

## *SURVEILLANCE GUIDE FOR:*

| PRS 8 THE CONTRACTOR SHALL CONDUCT AND MAINTAIN HEADCOUNT PROCEDURES FOR ALL SUPPORTED DINING FACILITIES. | Building #: 85202  Date: 28 March 2023 <br> Time of Evaluation: From: 6:15  To: 7:20 |
|---|---|

**PROCEDURES:**
1. Use this SURVEILLANCE GUIDE to evaluate Headcount/Cashier Service.
2. Observe the employees at each headcount/cashier station, evaluate the operational procedures and flow rate to the stated requirement of the contract.
3. Document all unsatisfactory ratings in detail on this guide.
4. Upon completion of the evaluation, explain the findings to the Manager/Assistant Manager and obtain signature to acknowledge copy receipt.

Note: Signing the guide acknowledges receipt of this evaluation and does not indicate agreement with the findings.

**PERFORMANCE CRITERIA:** Overall performance of this service for the day of the evaluation will be rated as either satisfactory (SAT) or defective. Performance will be rated as satisfactory if not more than 1 critical standard are met and not more than 3 of the non-critical standards are deficient. Performance will be rated defective if any one of the critical standards is unsatisfactory.

| CRITICAL STANDARDS: | SAT | DEF | N/A | EXPLANATION |
|---|---|---|---|---|
| AFMIS POS or DD Form 1544 used for BAS, DOD & employees paying cash for meals & signing for remote site feeding. | X | | | |
| Headcounters performing duties IAW App D, AR 30-22 & Contractor developed SOP | X | | | |
| AFMIS POS transactions or DD Form 1544, cash collected accounted for 100% (AR 30-22) | X | | | |
| Cash deposits are made IAW the contract | X | | | |
| Headcount record documents match associated headcount signatures & cash (AR 30-22) | X | | | |
| Not more than 3 of the remaining standards from the list below is found defective during the evaluation period. | X | | | |

3rd for Thunderbird - Cash count

## SURVEILLANCE GUIDE FOR:

| PRS 8 THE CONTRACTOR SHALL CONDUCT AND MAINTAIN HEADCOUNT PROCEDURES FOR ALL SUPPORTED DINING FACILITIES. *(CONTINUED)* | | | | |
|---|---|---|---|---|
| OTHER STANDARDS | SAT | DEF | N/A | EXPLANATION |
| Headcounters/Cashiers maintaining customer flow rates | X | | | |
| Headcount data & cash meal payment data entered in AFMIS prior to the scheduled lunch meal the next day | X | | | |
| SOP, instructions, Point of Sales, DA 3032 & DA 1544 located at each station | X | | | |
| Meal cards being verified to signatures | X | | | |
| Change fund sufficient to make change for cash meals | X | | | |
| Headcount data & cash meal data (DD Form 1544 & DA Form 3032) closed upon end of schedule meal period | X | | | |
| Employees are courteous & polite | | | | |

**REMARKS:**




**EVALUATION RESULTS:** Overall Rating of This Evaluation: Satisfactory: __X__ Defect _____


COR/ACOR Signature _[signature]_ Contractor's Representative Signature _[signature]_