GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
J. COLE HERNANDEZ
Assistant U.S. Attorney
Arizona State Bar No. 018802
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.letzkus@usdoj.gov
cole.hernandez@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency, <br><br> Plaintiffs, <br><br> vs. <br><br> Christine Wormuth, Secretary of the Army, in her official capacity, <br><br> Defendant. | 4:23-CV-00250-LCK <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Assistant U.S. Attorney J. Cole Hernandez, whose contact information is above, enters his appearance in the above-captioned matter on behalf of Defendant United States of America.

Respectfully Submitted this 10th day of August, 2023.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        *s/J. Cole Hernandez*
        J. COLE HERNANDEZ
        Assistant U.S. Attorney
        *Attorney for Defendant United States of America*

# CERTIFICATE OF SERVICE

    I hereby certify that on August 10th, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Randy J. Aoyama
Megha Singh
Hinshaw & Culbertson, LLP
2375 E. Camelback Road, Suite 410
Phoenix, AZ 85016

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Brown, Goldstein, & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202

*Attorneys for Plaintiff*

s/Lisa Startup
/NOA JCH