**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** August 15, 2023 |
| **Arizona Department of Economic Security v. Christine Wormuth** | **Case Number:** CV-23-00250--TUC-LCK |

**Defendant Attorney:** Sarah Suzanne Letzkus and Cole Hernandez
**Plaintiff Attorney:** Andrew Freeman and Neel Lalchandani

**MOTION HEARING REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [22]**

Upon the stipulation of the parties, the Court admits Plaintiff's exhibits 3-21 and Defendant's exhibits 30-32 with the understanding that Plaintiff's exhibits 4-6 & 9 are admitted under seal.

Mr. Freeman invokes Rule 615 and Defendant's witnesses are placed under oath and remain outside the courtroom upon testifying.

The parties present opening argument.

Plaintiff's witness, Scott Weber, is sworn and examined.

Plaintiff's witness, Kristen Mackey, is sworn and examined.

Defendant's witness, Michael J. Vicory, is partially examined by Defendant's counsel.

The Motion Hearing regarding Plaintiff's Motion for Preliminary Injunction [22] is continued to **Wednesday, August 16, 2023, at 1:45 p.m. before Magistrate Judge Kimmins in Courtroom 5F.**

| | |
|---|---|
| **Recorded By** Courtsmart | **Motion Hrg:** 3 hr 30 min |
| **Deputy Clerk** Cindy Stewart | |
| | **Start:** 1:37 pm |
| | **Stop:** 5:24 pm |