1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   SARAH S. LETZKUS
3  Assistant U.S. Attorney
   Arizona State Bar No. 027314
4  J. COLE HERNANDEZ
   Assistant U.S. Attorney
5  Arizona State Bar No.  018802
   MELISSA MARCUS KROEGER
6  Assistant U.S. Attorney
   Arizona State Bar No. 025209
7  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
8  Telephone: 520-620-7300
   sarah.letzkus@usdoj.gov
9  cole.hernandez@usdoj.gov
   melissa.kroeger@usdoj.gov
10 *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Arizona Department of Economic Security, an Arizona State agency, | 4:23-CV-00250-LCK |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| Christine Wormuth, Secretary of the Army, in her official capacity, | |
| Defendant. | |

   PLEASE TAKE NOTICE that Assistant U.S. Attorney Melissa M. Kroeger, whose contact information is above, enters her appearance as co-counsel in the above-captioned matter on behalf of Defendant United States of America.

   Respectfully Submitted this 17th day of August, 2023.

                              GARY M. RESTAINO
                              United States Attorney
                              District of Arizona

                              *s/Melissa M. Kroeger*
                              MELISSA M. KROEGER
                              Assistant U.S. Attorney
                              *Attorney for Defendant United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17th, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Randy J. Aoyama
Megha Singh
Hinshaw & Culbertson, LLP
2375 E. Camelback Road, Suite 410
Phoenix, AZ 85016

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Brown, Goldstein, & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202

*Attorneys for Plaintiff*


s/Mary M. Parker
/NOA MMK