**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** August 16, 2023 |
| Arizona Department of Economic Security v. Christine Wormuth | **Case Number:** CV-23-00250--TUC-LCK |

**Defendant Attorney:** Sarah Suzanne Letzkus and Cole Hernandez
**Plaintiff Attorney:** Andrew Freeman and Neel Lalchandani

**MOTION HEARING REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [22]**

Major Roan is present as a representative on behalf of the Army.

Examination of Defendant's witness, Michael J. Vicory, is conducted by Mr. Freeman and Ms. Letzkus and concluded.

Based on the party's stipulation, the Court admits Plaintiff's exhibits 22 and 23.

Defendant's witness, Wade Froehlich, is examined by Ms. Letzkus and partially examined by Mr. Lalchandani.

The Motion Hearing regarding Plaintiff's Motion for Preliminary Injunction [22] is continued to **Thursday, August 17, 2023, at 8:00 a.m. before Magistrate Judge Kimmins in Courtroom 5F**.

**Recorded By** Courtsmart
**Deputy Clerk** Cindy Stewart

**Motion Hrg** 2 hr 59 min

**Start:** 2:15 pm
**Stop:** 5:44 pm