**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** August 17, 2023 |
| **Arizona Department of Economic Security v. Christine Wormuth** | **Case Number:** CV-23-00250--TUC-LCK |

**Defendant Attorney:**  Sarah Suzanne Letzkus and Melissa Kroeger
**Plaintiff Attorney:**  Andrew Freeman and Neel Lalchandani

**MOTION HEARING REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [22]**

Major Roan is present as a representative on behalf of the Army.

Examination of Defendant's witness, Wade Froehlich, is conducted by Mr. Lalchandani and Ms. Letzkus and concluded.

On stipulation of the parties, the Court agrees to hear closing argument telephonically.  The Court sets closing argument on **Tuesday, August 29, 2023, at 1:30 p.m.** (Arizona time**)  before Magistrate Judge Kimmins.**

**Recorded By** Courtsmart
**Deputy Clerk** Cindy Stewart

**Motion Hrg  44 min**

**Start:  8:05 am**
**Stop:   8:49 am**