☫ AO 435
AZ Form (Rev. 10/2018)

# TRANSCRIPT ORDER

| | | |
|---|---|---|
| | | FOR COURT USE ONLY |
| | | DUE DATE: |

| 1. NAME Andrew Freeman | 2. PHONE NUMBER 410.962.1030 | 3. DATE 8/17/23 |
|---|---|---|

| 4. FIRM NAME Brown, Goldstein, Levy, LLP |
|---|

| 5. MAILING ADDRESS 120 East Baltimore Street, Suite 2500 | 6. CITY Baltimore | 7. STATE MD | 8. ZIP CODE 21202 |
|---|---|---|---|

| 9. CASE NUMBER 4:23-cv-00250 | 10. JUDGE Lynnette C Kimmins | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 8/15/23 | 12. 8/17/23 |

| 13. CASE NAME AZ Dep't of Economic Security v. Christine Wormuth, Sec' | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Tucson | 15. STATE Arizona |

### 16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

### 17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☑ TESTIMONY (Specify) | 8/15/23 |
| ☑ OPENING STATEMENT (Plaintiff) | 8/15/23 | K. Mackey, S. Weber | 8/16/23 |
| ☐ OPENING STATEMENT (Defendant) | 8/15/23 | M. Vicory, W. Froehlich | 8/16 & 17/23 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☑ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS adf@browngold.com and ldyson@browngold.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/ Andrew D Freeman

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE 8/17/23

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY