UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Arizona Department of Economic Security,
an Arizona State agency,

    PLAINTIFF

    V.

Christine Wormuth, Secretary of the Army,
in her official capacity,

    DEFENDANT

WITNESS LIST



☒ FILED    ☐ LODGED

Aug 17 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CASE NUMBER: 4:23-CV-00250-LCK

| PRESIDING JUDGE<br>Hon. Lynnette C. Kimmins | COURTROOM DEPUTY<br>Cindy Stewart | COURT REPORTER |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>August 15th-August 16th | PLAINTIFF ATTORNEY(S)<br>Andrew D. Freeman<br>Neel K. Lalchandani | DEFENDANT ATTORNEY(S)<br>Sarah Letzkus, AUSA<br>J. Cole Hernandez, AUSA |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES |
|---|---|---|---|---|
| x |   | 8/15/23 | 8/15/23 | Kristen Mackey |
| x |   | 8/15/23 | 8/15/23 | Scott Weber |
|   | x | 8/15/23 | 8/15/23 8/16/23 | Michael J. Vicory |
|   | x | 8/15/23 | 8/16/23 8/17/23 | Wade Froehlich |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |