# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Arizona Department of Economic Security,
an Arizona State agency,

    PLAINTIFF

    V.

Christine Wormuth, Secretary of the Army,
in her official capacity,

    DEFENDANT

**PLAINTIFF'S EXHIBIT LIST**

☒ FILED    ☐ LODGED
Aug 17 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CASE NUMBER: 4:23-CV-00250-LCK

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Hon. Lynnette C. Kimmins | Cindy Stewart | |
| **HEARING/TRIAL DATE(S)** August 15th to August 16th | **PLAINTIFF ATTORNEY(S)** Andrew D. Freeman / Neel K. Lalchandani | **DEFENDANT ATTORNEY(S)** Sarah Letzkus, AUSA / J. Cole Hernandez, AUSA |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | | Declaration of Kristen Mackey (ECF 22-1) |
| 2 | | | Declaration of Scott Weber (ECF 22-2) |
| 3 | | 8/15/23 | ADES's Vol III - Past Performance (ECF 22-3) |
| 4 | | 8/15/23 | Contractor Performance Assessment Report (April 1, 2018 to March 31, 2019) (ECF 22-4; under seal) |
| 5 | | 8/15/23 | Contractor Performance Assessment Report (April 1, 2019 to March 31, 2020) (ECF 22-5; under seal) |
| 6 | | 8/15/23 | Contractor Performance Assessment Report (December 1, 2021 to November 30, 2022) (ECF 22-6; under seal) |
| 7 | | 8/15/23 | Excerpts of 2022 Solicitation (ECF 22-7) |
| 8 | | 8/15/23 | ADES Cover Letter to Proposal (ECF 22-8) |
| 9 | | 8/15/23 | ADES Volume II - Technical Submission (ECF 22-9; under seal) |
| 10 | | 8/15/23 | Letter from Michael J. Vicory to Joyceline Elliot (Jan. 20, 2023) (ECF 22-10) |
| 11 | | 8/15/23 | Letter from Kristen Mackey to Michael J. Vicory Requesting Debriefing (Jan. 20, 2023 (ECF 22-11) |
| 12 | | 8/15/23 | Letter from Michael J. Vicory to Joyceline Elliott (Jan. 26, 2023) (ECF 22-12) |

## EXHIBIT LIST -- CONTINUATION

| | | | | CASE NO.<br>4:23-CV-00250-LCK |
|---|---|---|---|---|

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS | |
|---|---|---|---|---|
| 13 | | 8/15/23 | Letter from Kristen Mackey to Michael J. Vicory (Mar. 6, 2023) (ECF 22-13) | |
| 14 | | 8/15/23 | Letter from Michael J. Vicory to Kristen Mackey (April 3, 2023) (ECF 22-14) | |
| 15 | | 8/15/23 | COR Status Report (ECF 22-15) | |
| 16 | | 8/15/23 | Quality of Life Survey (ECF 22-16) | |
| 17 | | 8/15/23 | ADES's Complaint for Randolph-Sheppard Arbitration (ECF 22-17) | |
| 18 | | 8/15/23 | Excerpt of Department of Education's Administration of the Randolph-Sheppard Vending Program by Federal Property Managing Agencies (ECF 22-21) | |
| 19 | | 8/15/23 | Letter from Carol Dobak to Peter Nolan (Dec. 2, 2021) (ECF 22-23) | |
| 20 | | 8/15/23 | Cash Fund DD Form 1544/DA Form 3546 (ECF 32-1) | |
| 21 | | 8/15/23 | Surveillance Guide (Mar. 28, 2023) (ECF 32-2) | |
| 22 | | 8/16/23 | Staffing Matrix for ADES proposal re: Weinstein DFAC | |
| 23 | | 8/16/23 | Pricing Matrix for ADES proposal | |