# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Arizona Department of Economic Security,
an Arizona State agency,

      PLAINTIFF

           V.

Christine Wormuth, Secretary of the Army,
in her official capacity,

      DEFENDANT

## DEFENDANT'S EXHIBIT LIST



☒ FILED   ☐ LODGED

Aug 17 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CASE NUMBER: 4:23-CV-00250-LCK

| PRESIDING JUDGE<br>Hon. Lynnette C. Kimmins | COURTROOM DEPUTY<br>Cindy Stewart | COURT REPORTER |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>August 15th - August 16th | PLAINTIFF ATTORNEY(S)<br>Andrew D. Freeman<br>Neel K. Lalchandani | DEFENDANT ATTORNEY(S)<br>Sarah Letzkus, AUSA<br>J. Cole Hernandez, AUSA |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 30 | 8/15/23 | Solicitation – complete copy (ECF 30-3) |
|  | 31 | 8/15/23 | Convening Letter RS 23-05 (ECF 30-4) |
|  | 32 | 8/15/23 | ADES Att. H Staffing Matrix- Bldg 52107 |
|  | 33 |  | Declaration of Michael J. Vicory (Doc. 30-2) |