```
Arizona Department of Economic  )
Security, an Arizona State      )
Agency                          )
                                )
              Plaintiff,        )
                                )
      vs                        )   NO: 4:23-CV-00250-LCK
                                )
Christine Wormuth, Secretary    )
Of the Army,                    )
                                )   EXHIBIT RECEIPT
                                )
              Defendant.        )
                                )
```

Receipt is hereby acknowledged for the below listed exhibits. Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further order of the Court.

1. Exhibit 3: ADES's Vol III – Past Performance
2. Exhibit 4: Contractor Performance Assessment Report
3. Exhibit 5: Contractor Performance Assessment Report
4. Exhibit 6: Contractor Performance Assessment Report
5. Exhibit 7: Excerpts of 2022 Solicitation
6. Exhibit 8: ADES Cover Letter to Proposal
7. Exhibit 9: ADES Volume 11-Technical Submission
8. Exhibit 10: Letter from Vilroy to Elliot
9. Exhibit 11: Letter from Mackey to Vicory
10. Exhibit 12: Letter from Vicory to Elliot
11. Exhibit 13: Letter from Mackey to Vicory
12. Exhibit 14: Letter from Vicory to Mackey
13. Exhibit 15: COR Status Report
14. Exhibit 16: Quality of Life Survey
15. Exhibit 17: ADES's Complaint for Randolph-Sheppard Arbitration
16. Exhibit 18: Excerpt of Dept of Education's Admin of Randolph-Sheppard Vending Program by Federal Property Managing Agencies
17. Exhibit 19: Letter from Dobak to Nolan
18. Exhibit 20: Cash Fund DD Form 1544/DA Form 3546
19. Exhibit 21: Surveillance Guide
20. Exhibit 22: Staffing Matrix for ADES proposal
21. Exhibit 23: Pricing Matrix for ADES proposal

Plaintiff: Andrew Freeman, Neel Lalchandani, Randy Aoyama and Megha Singh

Defense Counsel: Sarah Letzkus, Cole Hernandez and Melissa Kroeger

Date: 9/21/2023

By: _Lisa Startup, paralegal_ (signature)

Print Name: LISA Startup