```
Arizona Department of Economic  )
Security, an Arizona State      )
Agency                          )
                                )
                                )
              Plaintiff,        )
                                )
         vs                     )   NO: 4:23-CV-00250-LCK
                                )
Christine Wormuth, Secretary    )
Of the Army,                    )
                                )   EXHIBIT RECEIPT
                                )
              Defendant.        )
                                )
```

☒ FILED  ☐ LODGED
**Sep 22 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

    Receipt is hereby acknowledged for the below listed exhibits. Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further order of the Court.

1. Exhibit 30: Solicitation
2. Exhibit 31: Convening Letter RS 23-05
3. Exhibit 32: ADES Att. H Staffing Matrix-Bldg 52107


Plaintiff: Andrew Freeman, Neel Lalchandani, Randy Aoyama and Megha Singh

Defense Counsel: Sarah Letzkus, Cole Hernandez and Melissa Kroeger


Date: 09/22/2023

By: _Charles E. Farrow_ (signature)

Print Name: Charles E. Farrow
            Liddy Legal Sup. Svcs.