Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com
meghasingh@hinshawlaw.com

Randy J. Aoyama (020096)
Megha Singh (036306)

BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
410-962-1030
410-385-0869
adf@browngold.com
nkl@browngold.com

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency, | No. CV-23-250-TUC-LCK |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND DISASSOCIATION OF COUNSEL** |
| v. | |
| Christine Wormuth; Secretary of the Army, in her official capacity, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN pursuant to LRCiv. 83.3(b)(4) by Plaintiff Arizona Department of Economic Security ("ADES") that Megha Singh, Esq. has left her employment, and is no longer an attorney associated with Hinshaw & Culbertson LLP. Randy J. Aoyama, Esq. and Hinshaw & Culbertson LLP will continue to represent

1050789\315744896.v1

Plaintiff along with Andrew D. Freeman (Admitted Pro Hac Vice) and Neel K. Lalchandani (Admitted Pro Hac Vice) of Brown, Goldstein & Levy, LLP.

DATED this 9th day of January, 2024.

HINSHAW & CULBERTSON LLP

/s/ Randy J. Aoyama
Randy J. Aoyama

and

BROWN, GOLDSTEIN & LEVY LLP
Andrew D. Freeman (*Admitted PHV*)
Neel K. Lalchandani (*Admitted PHV*)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of January, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gary M. Restaino
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
J. Cole Hernandez
Assistant U.S. Attorney
Melissa M. Kroeger
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, AZ 85701
Sarah.Letzkus@usdoj.gov
cole.hernandez@usdoj.gov
melissa.kroeger@usdoj.gov
*Attorneys for Defendant*

By   /s/ Tammy Kassen

2