Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com

Randy J. Aoyama (020096)

BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
410-962-1030
410-385-0869
adf@browngold.com
nkl@browngold.com

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency,<br><br>Plaintiff,<br><br>v.<br><br>Christine Wormuth; Secretary of the Army, in her official capacity,<br><br>Defendant. | No. CV-23-250-TUC-LCK<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's September 11, 2023, Order (Doc. 51), Plaintiff Arizona Department of Economic Security and Defendant Christine Wormuth, the Secretary of the Army, jointly submit this report regarding the status of the arbitration proceeding:

1. On July 10, 2023, the Department of Education convened a Randolph-Sheppard Act arbitration captioned *Arizona Department of Economic Security v. United States Department of the Army*, Case No. R-S/23-05.

2. Since that time, the arbitration has progressed. Pursuant to the DOE's procedures, each party designated one panel member, who in turn deliberated and designated a third member of the panel to serve as the chairperson.

3. On October 24, 2023, the parties appeared before the arbitration panel via videoconference for a pre-hearing scheduling conference. The panel subsequently issued a Scheduling Order to govern the arbitration.

4. The Scheduling Order set deadlines for various pre-hearing submissions. The parties engaged in an initial exchange of documents and submitted legal briefs on discovery issues, some of which are still ongoing. The parties are to submit pre-hearing briefs on or before March 5, 2024, and to exchange witness and exhibit lists by March 8, 2024.

5. The Scheduling Order set a hearing date of March 19, 2024, with an anticipated completion date of March 21, 2024. At present, the panel has not scheduled any briefing to follow the hearing.

6. Pursuant to the Department of Education's Revised Interim Policies and Procedures for Convening and Conducting an Arbitration Pursuant to Sections 5(b) and 6 of the Randolph-Sheppard Act as Amended, the arbitration panel is to render its decision within 30 days after the filing of post-hearing briefs.

7. In accordance with the Court's order, the parties will continue to keep the Court apprised of developments in the arbitration through the submission of joint status reports.

///

///

///

///

///

1050789\315744620.v1

DATED this 9th day of January, 2024.

| | |
|---|---|
| HINSHAW & CULBERTSON LLP | GARY M. RESTAINO<br>UNITED STATES ATTORNEY<br>DISTRICT OF ARIZONA |
| /s/ Randy J. Aoyama<br>Randy J. Aoyama | /s/ Sarah S. Letzkus   (*with permission*)<br>Sarah S. Letzkus<br>*Attorneys for Defendant Christine Wormuth* |
| AND | |
| BROWN, GOLDSTEIN & LEVY LLP<br>Andrew D. Freeman (*Admitted PHV*)<br>Neel K. Lalchandani (*Admitted PHV*)<br>*Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gary M. Restaino
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
J. Cole Hernandez
Assistant U.S. Attorney
Melissa M. Kroeger
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, AZ 85701
Sarah.Letzkus@usdoj.gov
cole.hernandez@usdoj.gov
melissa.kroeger@usdoj.gov
*Attorneys for Defendant*

By   /s/ Tammy Kassen

1050789\315744620.v1