Law Offices
HINSHAW & CULBERTSON LLP
2375 E. Camelback Rd., Suite 410
Phoenix, AZ 85016
602-631-4400
602-631-4404
raoyama@hinshawlaw.com

Randy J. Aoyama (020096)

BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
410-962-1030
410-385-0869
adf@browngold.com
nkl@browngold.com

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Attorneys for Plaintiff Arizona DES

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Christine Wormuth; Secretary of the Army, in her official capacity,<br><br>　　　　Defendant. | No. CV-23-250-TUC-LCK<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's September 11, 2023, Order (Doc. 51), Plaintiff Arizona Department of Economic Security and Defendant Christine Wormuth, the Secretary of the Army, jointly submit this report regarding the status of the arbitration proceeding:

1. As referenced in the prior Joint Status Report (Doc. 60), the Randolph-Sheppard arbitration panel scheduled its hearing to begin on March 19, 2024.

2.  On March 19 and 20, 2024, the parties appeared before the three-member panel for the arbitration hearing in Phoenix, Arizona.

3.  At the conclusion of the hearing, the parties agreed to each prepare and submit proposed findings of facts and conclusions of law for the panel's consideration.

4.  Upon receipt of the hearing transcripts, the parties agreed to submit their respective proposed findings of fact and conclusions of law by May 10, 2024.

5.  The parties do not anticipate submitting any other post-hearing briefs or documents.

6.  Pursuant to the Department of Education's Revised Interim Policies and Procedures for Convening and Conducting an Arbitration Pursuant to Sections 5(b) and 6 of the Randolph-Sheppard Act as Amended, the arbitration panel is to render its decision within 30 days after the filing of post-hearing briefs, though in some instances there have been extensions of that deadline.

7.  In accordance with the Court's order, the parties will continue to keep the Court apprised of developments in the arbitration through the submission of joint status reports.

DATED this 9th day of May, 2024.

| | |
|---|---|
| HINSHAW & CULBERTSON LLP | GARY M. RESTAINO<br>UNITED STATES ATTORNEY<br>DISTRICT OF ARIZONA |
| /s/ Randy J. Aoyama<br>Randy J. Aoyama | /s/ Sarah S. Letzkus (*with permission*)<br>Sarah S. Letzkus<br>*Attorneys for Defendant Christine Wormuth* |
| and | |
| BROWN, GOLDSTEIN & LEVY LLP<br>Andrew D. Freeman (*Admitted PHV*)<br>Neel K. Lalchandani (*Admitted PHV*)<br>*Attorneys for Plaintiff ADES* | |

# CERTIFICATE OF SERVICE

I certify that on the 9th day of May, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gary M. Restaino
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
J. Cole Hernandez
Assistant U.S. Attorney
Melissa M. Kroeger
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, AZ 85701
Sarah.Letzkus@usdoj.gov
cole.hernandez@usdoj.gov
melissa.kroeger@usdoj.gov
*Attorneys for Defendant*

By  /s/ Tammy Kassen

1050789\321152848.v1