GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
MELISSA MARCUS KROEGER
Assistant U.S. Attorney
Arizona State Bar No. 025209
KAITLIN S. HOLLYWOOD
Assistant U.S. Attorney
Arizona State Bar No. 030637
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.letzkus@usdoj.gov
melissa.kroeger@usdoj.gov
kaitlin.hollywood@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency,<br><br>Plaintiffs,<br><br>vs.<br><br>Christine Wormuth, Secretary of the Army, in her official capacity,<br><br>Defendant. | 4:23-CV-00250-LCK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN U.S. ATTORNEY'S OFFICE** |

PLEASE TAKE NOTICE that Assistant U.S. Attorney Kaitlin S. Hollywood, whose contact information is above, is substituted for Assistant United States Attorney J. Cole Hernandez as counsel of record for Defendant United States of America.

Respectfully submitted this 16th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Kaitlin S. Hollywood*
KAITLIN S. HOLLYWOOD
Assistant U.S. Attorney
*Attorney for Defendant*
*United States of America*