GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
MELISSA MARCUS KROEGER
Assistant U.S. Attorney
Arizona State Bar No. 025209
KAITLIN S. HOLLYWOOD
Assistant U.S. Attorney
Arizona State Bar No. 030637
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
sarah.letzkus@usdoj.gov
melissa.kroeger@usdoj.gov
kaitlin.hollywood@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, an Arizona State agency,<br><br>Plaintiffs,<br><br>vs.<br><br>Christine Wormuth, Secretary of the Army, in her official capacity,<br><br>Defendant. | 4:23-CV-00250-LCK<br><br>**JOINT NOTICE OF ISSUANCE OF ARBITRATION PANEL'S FINAL DECISION** |

Defendant Christine Wormuth ("Defendant"), and Plaintiff Arizona Department of Economic Security ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the arbitration panel issued its final decision in the pending arbitration on June 17, 2024.The Court's September 12, 2023, preliminary injunction Order directed that "Defendant shall maintain Plaintiff as the food services vendor at Ft. Huachuca until there is a final decision in the pending arbitration before the DOE or until further order of the Court." (Doc. 51 at 21.) Because the arbitration panel has issued its final decision, the preliminary injunction has expired. Counsel for Defendant is evaluating the panel's decision and has conferred with counsel for Plantiff. Depending on Defendant's response

to the panel's decision, Plantiff may seek additional relief, and Defendant reserves the right to respond to that request at the appropriate time. In the interim, the parties request that the case remain open and will update the Court via a status report no later than the deadline of September 12, 2024.

Respectfully Submitted this 20th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah S. Letzkus*
Sarah S. Letzkus
Assistant U.S. Attorney
*Attorneys for Defendant*

BROWN, GOLDSTEIN & LEVY, LLP

*s/Neel K. Lalchandani*
Andrew D. Freeman (Admitted PHV)
Neel K. Lalchandani (Admitted PHV)
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20th, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Randy J. Aoyama
Megha Singh
Hinshaw & Culbertson, LLP
2375 E. Camelback Road, Suite 410
Phoenix, AZ 85016

Andrew D. Freeman (*Admitted Pro Hac Vice*)
Neel K. Lalchandani (*Admitted Pro Hac Vice*)
Brown, Goldstein, & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202

*Attorneys for Plaintiff*

*s/L. Startup*
*/Notice of Completion of Arb*