# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security, | No. CV-23-00250-TUC-LCK |
| Plaintiff, | **ORDER** |
| v. | |
| Christine Wormuth, | |
| Defendant. | |

While this matter was pending in arbitration, the Court directed the parties to submit a status report every four months. In their September 12, 2024, report, the parties acknowledged that arbitration was complete, but Defendant indicated she had not yet decided how to proceed in response to the decision. (Doc. 64.) In light of this update, the Court finds a status is warranted in less than four months. If, at the time of the next status report, the parties have not reached a final resolution of this matter, the Court will set a status conference.

Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Status Report on or before **November 1, 2024**.

Dated this 12th day of September, 2024.

_Honorable Lynnette C. Kimmins_
United States Magistrate Judge