1   Law Offices
   HINSHAW & CULBERTSON LLP
2   2375 E. Camelback Rd., Suite 410
   Phoenix, AZ 85016
3   602-631-4400
   602-631-4404
4   raoyama@hinshawlaw.com

5   Randy J. Aoyama (020096)

6   BROWN, GOLDSTEIN & LEVY, LLP
   120 East Baltimore Street, Suite 2500
7   Baltimore, MD 21202
   410-962-1030
8   410-385-0869
   adf@browngold.com
9   nkl@browngold.com

10  Andrew D. Freeman (*Admitted Pro Hac Vice*)
   Neel K. Lalchandani (*Admitted Pro Hac Vice*)
11  Attorneys for Plaintiff Arizona DES

12              UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA
13

14  Arizona Department of Economic Security,    )    No. CV-23-250-TUC-LCK
   an Arizona State agency,                     )
                                                )
15                 Plaintiff,                    )    **JOINT STATUS REPORT**
                                                )
16  v.                                          )
                                                )
17  Christine Wormuth; Secretary of the Army,   )
   in her official capacity,                    )
18                                              )
                   Defendant.                   )
19  _____    )

20         Pursuant to the Court's September 12, 2024, Order (Doc. 65), Plaintiff Arizona

21  Department of Economic Security and Defendant Christine Wormuth, the Secretary of

22  the Army, jointly submit this report regarding the status of the arbitration proceeding:

23         1.     As referenced in the prior filing (Doc. 63), the arbitration panel issued its

24  final decision in the arbitration.

25         2.     In that decision, the panel found that the Army had violated the Randolph-

26  Sheppard Act and its regulations. It further quoted the language of the Act mandating that

the head of the Army "shall cause such acts or practices to be terminated promptly and shall take such other action as may be necessary to carry out the decision of the panel." 20 U.S.C. § 107d-2(b)(2).

3. The Army has evaluated the panel's decision and has decided to issue a new solicitation for the Fort Huachuca food services contract. The Army's solicitation will include recognition of the priority provided to State Licensing Agencies under the Randolph-Sheppard Act.

4. Absent unlikely extenuating circumstances, ADES will remain as the contractor until the new contract is awarded and goes into effect (and longer if ADES is selected as the operator under the new contract).

5. As a result, the parties agree that the current case can be administratively closed.

6. In the unlikely event that the Army attempts to replace ADES as the contractor before the new contract is awarded, the parties agree that ADES has the right to reopen the current case.

7. The parties reserve and do not waive any and all rights to seek judicial relief related to the new solicitation.

8. The parties appreciate the Court's attention to and handling of this matter.

DATED this 23rd day of October, 2024.

HINSHAW & CULBERTSON LLP

/s/ Randy J. Aoyama
Randy J. Aoyama

and

BROWN, GOLDSTEIN & LEVY LLP
Andrew D. Freeman (*Admitted PHV*)
Neel K. Lalchandani (*Admitted PHV*)
*Attorneys for Plaintiff ADES*

GARY M. RESTAINO
UNITED STATES ATTORNEY
DISTRICT OF ARIZONA

/s/ Kaitlin S. Hollywood (*with permission*)
Kaitlin S. Hollywood
Assistant U.S. Attorney
*Attorneys for Defendant Christine Wormuth*

2

# CERTIFICATE OF SERVICE

I certify that on the 23rd day of October, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gary M. Restaino
United States Attorney
District of Arizona
Sarah S. Letzkus
Assistant U.S. Attorney
Melissa M. Kroeger
Assistant U.S. Attorney
Kaitlin S. Hollywood
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, AZ 85701
Sarah.Letzkus@usdoj.gov
melissa.kroeger@usdoj.gov
kaitlin.hollywood@usdoj.gov
*Attorneys for Defendant*


By   /s/ Tammy Kassen

1050789\322779693.v1