# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Department of Economic Security,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Christine Wormuth,<br><br>　　　　　Defendant. | No. CV-23-00250-TUC-LCK<br><br>**ORDER** |

　　　The parties have notified the Court that Plaintiff has obtained relief in arbitration and this case can be closed. (Doc. 66.)

　　　Accordingly,

　　　**IT IS ORDERED** that the Clerk of Court shall close this case.

　　　Dated this 28th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Lynnette C. Kimmins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge